IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAMONA VICTORIA MARES,
EX. REL. HER DECEASED FATHER
JOHN MARES,

            Plaintiff,

vs.                                                                No. CV 17-529 KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

            Defendant.

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through October 31, 2017, to serve his Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through January 2, 2018 to serve her Response, and Plaintiff through January 16, 2018 to serve her Reply.

                                                                    _/s/ Kevin Sweazea_
                                                         HONORABLE KEVIN R. SWEAZEA
                                                         UNITED STATES MAGISTRATE JUDGE