# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RAMONA VICTORIA MARES, Ex Rel. her
deceased father, JOHN MARES,

    Plaintiff,

v.        No. 1:17-CV-00529-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER comes before the Court upon Defendant's Unopposed Motion for an Extension of Time (Doc. 23), filed January 2, 2018. Having considered the request, and being otherwise fully advised in the premises, the Court FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Defendant shall have until February 2, 2018, to serve and file her response to Plaintiff's Motion to Reverse and Remand for a Rehearing or for Immediate Payment of Benefits (Doc. 21).

**IT IS FURTHER ORDERED** that Plaintiff shall have until February 16, 2018, to serve and file her reply, if any.

                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE