**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAMONA VICTORIA MARES, EX REL.
HER DECEASED FATHER, JOHN MARES,

    Plaintiff,

vs.                                                                No. 1:17-CV-00529-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## **JUDGMENT**

Having denied Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 21) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff.

                                                _____
                                                **KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE**